UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11cr2442-AJB |
| Plaintiff, | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE AND JUDGMENT OF DISMISSAL |
| v. | |
| MARIJESUS AGUILAR, | |
| Defendant. | |

Pursuant to the United States' motion (Document # 27), the Court orders the indictment in the above-captioned case charging defendant Marijesus Aguilar with one count of Importation of Marijuana in violation of 21 U.S.C. §§ 952 and 960 dismissed without prejudice. Defendant's bond is exonerated and all future hearing dates are vacated. The case is dismissed.

IT IS SO ORDERED.

DATED: January 23, 2012

Hon. Anthony J. Battaglia
U.S. District Judge